THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NUMBER 7:15-CV-28-FL

| | |
|---|---|
| DEBRA J. DAVIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE FARM LIFE INSURANCE COMPANY, )<br>)<br>Defendant. ) | **ORDER ALLOWING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Upon Plaintiff's Motion for Leave to File Second Amended Complaint ("Plaintiff's Motion"), the Court, having considered the papers and arguments of the parties and their counsel, finds and it appears that justice requires that the motion be GRANTED.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff's Motion is GRANTED;

2. Plaintiff is granted leave to file the Second Amended Complaint that was attached as **Exhibit A** to Plaintiff's Motion, which was filed on July 1, 2015.
    A. Plaintiff shall separately file and serve this pleading within 7 days.

3. Defendant is given thirty (30) days from the service of the Second Amended Complaint to respond to it.

4. Defendant's earlier motion for judgment on the pleadings (DE 20), is DENIED as MOOT.
**IT IS SO ORDERED** this __18th__ day of __August__, 2015.

_____
LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE