IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:15-cv-28-FL

| | |
|---|---|
| DEBRA J. DAVIS,<br>      Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br>      Defendant. | **ORDER** |

**THIS MATTER** is before the Court upon the "Joint Motion to Dispense with Mediation". The Court concludes that good cause exists to GRANT the Motion.

**IT IS THEREFORE ORDERED** that the "Joint Motion to Dispense with Mediation" is GRANTED, and the parties are relieved of their duty to conduct a mediated settlement conference.

IT IS SO ORDERED, this the 12th day of September, 2016.

_[signature: Louise W. Flanagan]_

LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE