UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DEBRA J. DAVIS, )<br>       Plaintiff, )<br>)<br>V. )<br>)<br>STATE FARM LIFE INSURANCE )<br>COMPANY, )<br>       Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:15-cv-28-FL** |

**Decision by Court.**
This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' motions for summary judgment.

**IT IS ORDERED, ADJUDGED, AND DECREED** in accordance with the court's order entered April 7, 2017, and for the reasons set forth more specifically therein, the court GRANTS IN PART and DENIES IN PART each party's motion for summary judgment (DE 55, 61), and AWARDS declaratory relief as follows. The court ADJUDGES AND DECLARES that defendant did not have authority to remove plaintiff as owner of the policy since the change designating her as such was valid; plaintiff is the proper owner of the policy; Payton is the proper beneficiary of the policy; the court need not reach the issue whether defendant had authority to restore Payton as beneficiary, since the change removing her as such was invalid. As a result of the foregoing, the court specifically DENIES plaintiff's request for a declaration that she must be immediately restored as policy beneficiary.

**This Judgment Filed and Entered on April 7, 2017, and Copies To:**

| | |
|---|---|
| Christopher A. Chleborowicz | (via CM/ECF Notice of Electronic Filing) |
| Pamela R. Lawrence | (via CM/ECF Notice of Electronic Filing) |
| J. Scott Lewis | (via CM/ECF Notice of Electronic Filing) |

DATE:                                      PETER A. MOORE, JR., CLERK

April 7, 2017                    (By) /s/ Nicole Briggeman
                                                          Deputy Clerk